**Order filed February 24, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00660-CV

_____

## MICHAEL SILBERSTEIN, INDIVIDUALLY, MICHAEL R. SILBERSTEIN, LTD, MAGIC HOMES INVESTMENTS, LTD AND ANNETTE SILBERSTEIN, Appellant

## V.

## TRUSTMARK NATIONAL BANK F/K/A REPUBLIC NATIONAL BANK, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-190480**

### ORDER

The reporter's record in this case was due December 17, 2015. *See* Tex. R. App. P. 35.1. On January 20, 2015, this court granted the court reporter, Mindy R. Hall, her first request for an extension of time to file the record until February 20, 2015. On February 18, 2015, Mindy R. Hall filed a second request for an

extension of time to file the record until March 22, 2015.  The request is **GRANTED** and we issue the following order.

We order Mindy R. Hall, the  court reporter, to file the record in this appeal **on or before March 22, 2015.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c). If Mindy R. Hall does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM